IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wash Jr, John E | Case Number: 08 B 05393 |
| | Judge: Hollis, Pamela S |
| Printed: 7/15/08 | Filed: 3/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,373.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 5,682.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 17,628.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 143.82 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 54.55 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 19.97 | 0.00 |
| 8. | LHR Inc | Unsecured | 134.52 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 126.84 | 0.00 |
| 10. | Americarecov | Unsecured | | No Claim Filed |
| 11. | Verizon Wireless Midwest | Unsecured | | No Claim Filed |
| 12. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 13. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 14. | American Express | Unsecured | | No Claim Filed |
| 15. | Collection | Unsecured | | No Claim Filed |
| 16. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 26,162.70 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Wash Jr, John E | Case Number:  08 B 05393 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/15/08 | Filed:  3/7/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

